DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN PATRICK SINGLETARY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-761

[July 14, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2019-CF-004214-BXXX-MB.

John Patrick Singletary, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***